## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOHN FLYNN ,** | **JUDGMENT IN A CIVIL CASE** |
| v. | CASE NO: **2:24–CV–02265–DJC–JDP** |
| **COUNTY OF TUOLUMNE , ET AL. ,** | |

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

**IT IS ORDERED AND ADJUDGED THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 8/25/2025 .**

ENTERED:   **August 26, 2025**          /s/ **Keith Holland**
                                                              Clerk of Court